```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF WASHINGTON
```

| | | |
|---|---|---|
| ROSENDA STRONG, | ) | NO. CV-10-3098-JPH |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING REPORT** |
| | ) | **AND RECOMMENDATION** |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

**BEFORE THE COURT** is the Report and Recommendation, ECF No. 27, to **grant** Plaintiff's motion for summary judgment (ECF No. 15) and **reverse** and **remand for further administrative proceedings**.

No objections have been filed.

Having reviewed the Report and Recommendation and the files and records herein, the Court adopts the magistrate judge's report and recommendation in its entirety.

**IT IS ORDERED:**

The recommendation, **ECF No. 27**, to grant Plaintiff's motion for summary judgment and REVERSE and REMAND for further administrative proceedings is **ADOPTED in its entirety.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment for Plaintiff, forward copies to the parties and Magistrate Judge Hutton, and close the file.

DATED this 4th day of January, 2012.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Judge

-1-