UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROSENDA STRONG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>　　　　　Defendant. | NO. CV-10-3098-JPH<br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATION** |

**BEFORE THE COURT** is the Report and Recommendation, ECF No. 35, to **grant** Plaintiff's motion for an award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412.

No objections have been filed.

Having reviewed the Report and Recommendation and the files and records herein, the Court adopts the magistrate judge's report and recommendation in its entirety.

**IT IS ORDERED**:

The Court **ADOPTS in its entirety** the recommendation, **ECF No. 35**, to grant Plaintiff's motion for an award of attorney fees and **GRANTS** Plaintiff's motion, **ECF No. 30**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward copies to the parties and Magistrate Judge Hutton, and close the file.

**DATED** this 14th day of June 2012.

　　　　　　　　　　　　　　　*s/ Rosanna Malouf Peterson*
　　　　　　　　　　　　　　　ROSANNA MALOUF PETERSON
　　　　　　　　　　　　　Chief United States District Judge